UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IMAM CORPORATION INC d/b/a MUKILTEO SMOKE SHOP and AYAZ AHMED,<br><br>　　　　　Defendants. | NO. 2:23-cv-00315-JLR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION** |

　　　The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Leave to File Over-Length Motion. Having considered Plaintiff's motion and finding good cause, the Court GRANTS Plaintiff leave to file a motion for default judgment exceeding 2,100 words by **2,315 words**.

IT IS SO ORDERED.

Dated this 7th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Presented by:

/s/ Brett Harris

Brett Harris
Washington Bar #55680
Virgo Law
119 1st Avenue South
Seattle, Washington 98104
[Serv603@LegalBrains.com](Serv603@LegalBrains.com)
Telephone: 561-232-2222
*Attorney for the Plaintiff*